503 Hamline St.
Grand Forks, ND 58203
(701) 746-0298

October 6, 1998

Office of Freedom of Information
Federal Bureau Of Investigation
935 Pennsylvania Ave., NW
Washington, DC 20535

Dear Sir or Ms.:

This is a request under the Freedom of Information Act, 5 USC 552(a) as amended.

I hereby request a copy of all lists of the people who died in Jonestown, Guyana on November 18, 1978. This request includes, but is not limited to, all lists which the FBI prepared for its own investigation of the Jonestown tragedy, which the FBI prepared for other agencies with an interest in the names of the Jonestown dead, and which the FBI received from other agencies.

Where applicable, I request copies of the lists which including such identifying information as each individual's date and place of birth, and the last city, state, and zip code of residence.

Finally, I intend for this request to include a copy of any list of names that contains the names of the people of Jonestown who were not officially identified, i.e., names were not assigned to the bodies. My intent in this facet of the request is to learn the names of the children, most of whom were not listed on the official death toll which the State Department released on or about December 17, 1978.

Thank you for your immediate attention to this request.

Sincerely,

Fielding M. McGehee III

01 1872

FILED

AUG 3 0 2001



Exhibit 1