



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535

NOV 2 3 1998

FIELDING M MCGEHEE III
503 HAMLINE STREET
GRAND FORKS, ND 58203

Request No. 440435

Re: Jonestown

Dear Requester:

    This is in reference to your Freedom of Information Act (FOIA) request.

    The records you requested have previously been processed under the provisions of the FOIA. Documents available for release consist of 48,738 pages.

    Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages of documents. Upon receipt of your check or money order payable to the Federal Bureau of Investigation in the amount of $4863.80, the documents will be copied and forwarded to you. Please place your request number on your check or money order.

    In the event you are in the Washington, D.C. area, you may (at no charge) review this material in our FOIA Reading Room at FBI Headquarters. Appointments should be made at least 48 hours in advance by calling (202) 324-8057.

    Sincerely yours,

    J. Kevin O'Brien, Chief
    Freedom of Information -
      Privacy Acts Section
    Office of Public and
      Congressional Affairs

01 1872

Enclosure

FILED

AUG 3 0 2001

Exhibit 2

The specific material you requested is not retrievable from the preprocessed documents in our Reading Room without considerable research. Unfortunately, we do not have the personnel resources to conduct such research and are unable to assist you with locating the material you seek.