

**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D. C. 20535-0001

MAY 24 2000

Ms. Rebecca Moore
Mr. Fielding M. McGehee, III
3553 Eugene Place
San Diego, CA 92116

                      FOIA #902718
                      Re: James Warren Jones/
                            Jonestown

Dear Ms.       Mr. McGehee:

     This is in reference to your Freedom of Information Act (FOIA) requests relating to the FBI investigation of the Peoples Temple *at* Jonestown, Guyana. This release pertains to the ***above*** cited subject and comprises three Compact Discs (CDs) containing images of FBI documents processed pursuant to the FOIA. The enclosed CDs contain a total of 48,738 preprocessed pages. To view the documents you will need to install Acrobat Reader on your computer. It is available free of charge. through the, World Wide Web at http://www.adobe.com.

     As Ms. Kloss mentioned to you, this is the Freedom of Information/Privacy Acts Section's first attempt to generate an FOIA release on CDs. We are sending these to you at no charge.

     To view a CD, place the CD into your computer CD-ROM drive. Double click on the My Computer icon on your desktop. Double click on the drive for your CD-ROM. Double click on the inventory folder to view the inventory of PDF contents for that particular CD. Double click on the Jonestown folder to view PDF icons. Double click on a PDF icon and Acrobat Reader will launch, displaying that PDF's FBI documents.

01 1872

FILED

AUG 3 0 2001

Exhibit 3

Ms. Rebecca Moore
Mr. Fielding McGehee, III
FOIA #902718

A search was conducted of the FBI Headquarters General Indices to our Central Records System files for the subjects of each of your other requests. The results are as follows:

Elizabeth Ann Moore, FOIA #902710, no main file records
Carolyn Moore Layton, FOIA #902711, no main file records
Lawrence Schacht, FOIA #802714, no main file records
Maria Katsaris, FOIA #902715, no main file records
William Richard Castillo, FOIA #901716, no main file records
Violet Esther Dillard, FOIA #902717, no main file records
Richard Tropp, FOIA #902720, no main file records
Harriet Tropp, FOIA 8902721, no main file records
Eugene Chaikin, FOIA #902722, no main file records
Jann Gurvich, FOIA #902723, no main file records
James McElvane, FOIA #902724, no main file records
Michael Prokes, FOIA #902725, no main file records.

All of the above listed requests have been closed, as the search failed *to* locate a main file record on any individual.

Excisions have been made to protect information exempt from disclosure pursuant to Title 5, United States Code, Section 552 (FOIA). Where excisions were made, the appropriate exempting subsections have been cited near the deletions. See Form OPCA-16a, enclosed, for an explanation of these exemptions. Where pages were withheld in their entirety, a deleted page information sheet has been substituted showing the reasons or basis for the deletion.

2

MS. Rebecca Moore
Mr. Fielding McGehee, III
FOIA #902718

      YOU may appeal any denials. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-001 within sixty days from receipt of this letter. The envelope and the letter should be marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

      Sincerely yours,

      John M. Kelso, Jr.
      Section Chief
      Freedom of Information-
       Privacy Acts Section
      Office of Public and
       Congressional Affairs

Enclosure