3553 Eugene Place
San Diego, CA 92116
(619) 584-1841
May 30, 2000

Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Bldg., Suite 570
Washington, DC 20530-001

FREEDOM OF INFORMATION APPEAL

Re: FOIA #9027 18

Dear Sir or Ms.:

We recently received three CD's containing more than 48,000 pages of material from the FBI's files on Peoples Temple and Jonestown. While I have certainly not reviewed every page – and for that reason reserve my right to appeal deletions made under exemptions not discussed below – but I have read enough to believe that the privacy exemption has been too broadly applied. For that reason, I hereby appeal the decision to withhold material under the b(6) exemption of the Freedom of Information Act in regard to the FBI's records on Peoples Temple and Jonestown for the following sets of people.

**L People who have died since 18 November** 1978. The deaths in Jonestown occurred more than 21 years ago. Many of the people who may have been mentioned in FBI records, and for whom a privacy exemption may have been claimed, have died in the interim For them there is no privacy to invade. I therefore ask that you examine the records with the following people in mind:

Paula Adams
John Burke
Forbes Burnham
Richard Dwyer
Charles Garry
Carlton Goodlett
Chris Hatcher
Cheddi Jagan
Sir Lionel Luckhoo
Laurence E. Mann
Al & Jeannie Mills, aka Elmer & Deanna Mertle
Tyrone Mitchell
George Moscone
Robert Ode
Michael Prokes
Hyacinth Thrash

01 1872

FILED

AUG 3 0 2001

Exhibit 4

Co-Director, Office of Information and Privacy     **2**     May 30, 2000

I enclose dated copies of obituaries for all of these above named individuals. I downloaded all of these records through the Lexis-Nexis news service on the Internet; its address is listed on each page, should you wish to verify these names for yourself.

## II. People who thrust themselves into the public discussion of Peoples Temple.

**A.** Jonestown provided a home for the 1000 members of Peoples Temple. Some of their families thought that Temple leaders were holding their relatives against their will, and organized a campaign of lawsuits, congressional lobbying and news conferences to bring official pressure on the Jonestown community. Many members of the group calling itself Concerned Relatives were private individuals, yet by their own actions, they relinquished their privacy claims, at least as far as any mention of them in these FBI records is concerned. In other words, they cannot thrust themselves into the public eye and then expect to put on the mantle of privacy when unintended consequences ensue. For that reason, I ask that any b(6) exemptions for the following people be lifted

Clare Bouquet (see also II, B, below)
Carol Houston Boyd (see also II, B, below)
Mike Cartmell
James Cobb (see also II, B, below)
Yolanda Crawford
Sherwin Harris (see also II, B, below)
Sam & Nadyne Houston (see also II, B, below)
Walter Jones (see also II, B, below)
Anthony Katsaris (see also II, B, below)
Stephen Katsaris (see also II, B, below)
Deborah Blakey Layton (see also II, B, below; see also II, C, below)
Joseph Mazor, detective hired by Concerned Relatives (see also II, B, below)
Wade & Mabel Medlock
Al & Jeannie Mills, aka Elmer & Deanna Mertle (deceased; see above; see also II, B,
     below)
Beverly & Howard Oliver (see also II, B, below)
Wayne Piefela (see also II, B, below)
Tim & Grace Stoen (see also II, B, below)
Mickey Touchette (see also II, B, below)

I enclose photocopies of several pages of books published after the Temple deaths to demonstrate their activities. (The typeset pages are from ***Raven,*** Tim Reiterman and John Jacobs' definitive book on Jim Jones and Peoples Temple. The typescript pages are from ***A Sympathetic History of Jonestown,*** by my wife, Rebecca Moore.)

**B.** Following the deaths in Jonestown, numerous people granted interviews for books and broadcasts about Peoples Temple and Jonestown. In granting such interviews, I would submit, those people surrendered their claims for privacy under the FOIA for all documents in the FBI's files related to Peoples Temple and Jonestown.

Co-Director, Office of Information and Privacy        3        May 30, 2000

The following people granted interviews to Reiterman and Jacobs for Raven. I enclose a copy of the Sources section of their book, and list page numbers for the people below.

Paula Adams (deceased; see above) (607-8)
Art Agnos (604)
Neville Annibourne, official of Guyana government (609)
Monica Bagby (609)
Al Barbero (5989,602)
Thomas Beikman (610)
Brindley Benn (607)
Marshall Bentzman (606,608)
James Berdahl (594)
John Biddulph (601)
Debbie Blakey, aka Debbie Layton (see also II, C, below) (604-8)
Ruby Bogner (599)
Jim Bogue (609)
Juanita Bogue (605-6, 609)
Teena Bogue (609)
Clare Bouquet (607-10)
Carol Houston Boyd (609-10)
Marge Boynton (598,603)
sandy Bradshaw (throughout)
Leon Broussard (605)
Amos Brown (598,602)
Jean Brown (606)
Willie Brown (6024,606)
Teri Buford (605-6)
Rep. Phil Burton (602)
Mike Carter (605-10)
Tim Carter (599, 606-10)
Ross Case (5957,600)
James Cobb (throughout)
Harold Cordell (6 10)
Howard Cordell (609)
Richard Cordell (599)
Stanley Clayton (610)
Dennis Denny (598-9)
Richard Dwyer (deceased; see above) (606-7, 609-10)
Mervyn Dymally (604)
Douglas Ellice (607-9)
Dianne Feinstein (598,602)
Don Foreman (595)
Don Freed (608)
Joseph Freitas (602, 604)

Co-Director, Office of Information and Privacy         4                    May 30, 2000

Charles Garry (deceased; see above) (throughout)
Carlton Goodlett (deceased; see above) (598, 602-5, 608-9)
Jeff Haas, attorney for Tim & Grace Stoen (597,605-g)
Sherwin Harris (607,610)
Walter Heady (603)
Joe Holsinger, aide to Rep. Leo Ryan (609)
Richard Hongisto (602)
Phyllis Houston (606)
Sam & Nadyne Houston (throughout)
Clarence Hughes (605,607)
George Hunter (597-8, 600, 603, 607)
Archie Ijames (595-601, 604-5, 608, 610)
Lee Ingram (608,610)
Karl Irvin (598,600)
Paul Jarrico (608)
Stephan Jones, son of Jim Jones (throughout)
Walter Jones (603,605)
Anthony Katsaris (609- 10)
Stephen Katsaris (600, 604, 607-10)
Jeanette Kerns (597-601)
Marshall Kilduff (see also II, C, below) (602,604)
Wanda Kice (597)
Lester Kinsolving (see also II, C, below) (600)
Quentin Kopp (602)
Garry Lambrev (594, 598, 602-3)
Dr. Laurence Layton (deceased) (607)
Gordon Lindsay (see also II, C, below) (607-10)
Sir Lionel Luckhoo (deceased; see above) (605,607)
Patrick McDonald Luke (610)
Milton Marks (602-3)
Joseph Mazor (605,608)
Richard McCoy (606)
Al & Jeannie Mills, aka Elmer & Deanna Mertle (deceased; see above) (throughout)
Father Andrew Morrison (602,607)
George Moscone (deceased; see above) (604)
Beverly & Howard Oliver (606-7, 609)
Dale Parks (605-9)
Veronica Perry (604)
Carolyn Pickering (600)
Wayne Pietela (599-601, 604)
Mike Prokes (deceased; see above) (606-7)
Odell Rhodes (see also II, C, below) (610)
C.A. "Skip" Roberts, Guyana police chief (605, 607, 610)
Margaret Ryan, attorney for Tim & Grace Stoen (597)

Co-Director, Office of Information and Privacy        5                May 30, 2000

James Schollaert (610)
Joyce Shaw (594, 597-9, 602-3, 605-6)
Neva Sly (601)
Jackie Speier, aide to Rep. Leo Ryan (60910)
Grace Stoen, now Grace Stoen Jones (throughout)
Tim Stoen (throughout)
Marvin &Jackie Swinney (600, 603, 605)
Bonnie Thielman (see also II, C, below) (596, 609)
Rev. Phil Tideman (602)
Mickey Touchette (597, 599, 601, 604, 609)
Mike Touchette (597, 599-610)
Phil Tracy (see also II, C, below) (604)
Tom Tuttle (597,606)
Cecil Williams (598, 602-4)

C. People who have published books about Peoples Temple cannot expect to enjoy a privacy exemption for any mention of their names in FBI records. I hereby ask that you review the documents for the following names:

David Conn, co-author of **The Cult That Died,** G.P. Putnam, 1980
Kathy Hunter, reporter for *Ukiah Daily Journal,* articles of 1975
John Jacobs, reporter, co-author of Raven, E. P. Dutton, Inc., 1982
Laurie Efrein Kahalas, author of *Snake Dunce,* Red Robin Press, 1998
Phil Kerns, co-author of **People's Temple, People's Tomb,** Logos International, 1979
Marshall Kilduff, co-author of New **West** article on Peoples Temple, August 1977
Lester Kinsolving, columnist who wrote several times on Peoples Temple, 1972-1978
George Klineman, reporter, co-author of **The Cult That Died,** G.P. Putnam 1980
Charles Krause, reporter, co-author of **The Jonestown** Massacre, 1978
Mark Lane, author of **The** Strongest Poison, Hawthorn Books, 1980
Laurence L. Layton, co-author of **In My Father's House,** Holt, Rinehart & Wilson, 198 1
Thomas Layton, co-author of *In* My **Father's House,** Holt, Rinehart & Wilson, 198 1
Deborah Layton, aka Debbie Blakey, author of **Seductive Poison,** Anchor Books, 1998
Gordon Lindsay, reporter for **National** *Enquirer* story on Peoples Temple, 1978
Michael Meiers, author of **Was Jonestown A** *CIA Medical* **Experiment?,** Edwin Mellen
       Press, 1985
Jeannie Mills (deceased), author of **Six Years With God,** MBR Investments, Inc., 1979
Odell Rhodes, subject of **Awake In A Nightmare,** W. W. Norton & Co., 198 1
Tim Reiterman, reporter, co-author of **Raven,** E. P. Dutton, Inc., 1982
Bonnie Thielman, author of The Broken **God,** David C. Cook Publishing Co., 1979
Phil Tracy, co-author of New **West** article on Peoples Temple, August 1977
Mel White, author of **Deceived,** Spire Books, 1979
Kenneth Wooden, author of **The Children Of Jonestown,** McGraw-Hill Books, 1981

Co-Director, Office of Information and Privacy          **6**          May 30, 2000

**III. People who have been thrust into the news.** Under the body of libel law that stemmed from New *York Times v.* Sullivan, some people may be considered to be public figures, even though they did not voluntarily become so, if they are involved with a newsworthy event. I would submit that this same rule extends to the privacy exemption under the FOIA. In other words, people involved in public events lose their status as private citizens, at least as far as their connection to those events are concerned. With that in mind, I ask that you review the records for the following people:

Charles Beikman, a survivor of the Jonestown suicides
Phil Blakey, a survivor of the Jonestown suicides
Hue Fortson, a Temple leader in San Francisco
Vern Gosney, a survivor of the Jonestown suicides
Claire Janaro, a survivor of the Jonestown suicides
Richard Janaro, 'a survivor of the Jonestown suicides
Jimmy Jones, son of Rev. Jim Jones, and a survivor of the Jonestown suicides
Lew Jones, son of Rev. Jim Jones, and a survivor of the Jonestown suicides
Larry Layton, convicted for role in murder of Rep. Leo Ryan
Edith Parks, a survivor of the Jonestown suicides
Joyce Parks, a survivor of the Jonestown suicides
Patricia Ryan, daughter of Rep. Leo Ryan
Helen Swinney, a survivor of the Jonestown suicides
Charlie Touchette, a survivor of the Jonestown suicides
Debbie Ijames Touchette, a survivor of the Jonestown suicides

**IV. People whose official functions put them in contact with Peoples Temple, Jonestown and its aftermath.** One of the purposes of the Freedom of Information Act – indeed, it could be argued, the main purpose of the law -is to bring accountability to government actions and decisions. That accountability would suffer immeasurably if officials of the federal government knew they could hide behind a wall of privacy. For that reason, I hereby ask that the FBI review these records for the following persons:

Any member of the U.S. Embassy in Georgetown, Guyana, including, but not limited to:
    John Blacken
    John Burke (deceased; see above)
    Richard Dwyer (deceased; see above; see also, II, B, above)
    Douglas Ellice (see also, II, B, above)
    Richard McCoy (see also, II, B, above)
    Robert Ode (deceased; see above)
    Dennis Reese
    Thomas J. Pickering
    Frank Tumminia

In short, I think it would, be difficult for the FBI and Justice Department to sustain a claim for the privacy exemption for any person connected to this event for any information related to the event.

Co-Director, Office of Information and Privacy                      7                        May 30, 2000


As with any request for appeal under this or any exemption, I ask that the FBI release those materials which can be segregated from that which it believes still enjoys the privacy protection. Indeed, I would suggest that no page could be withheld in its entirety, as occurs several times in these pages.

Thank you for your consideration of this letter. I look forward to a prompt reply to my appeal.


Sincerely,



Fielding M. McGehee III