3553 Eugene Place
San Diego, CA 92116
(619) 584-1841
July 2, 2000

Ms. Claudia J. Tweed
Office of Information and Privacy
U.S. Department of Justice
Flag Bldg., Suite 570
Washington, DC 20530-001

FREEDOM OF INFORMATION APPEAL

Re: FOIA Appeal # 00-3077

Dear Ms. Tweed:

This letter supplements the above-referenced FOIA appeal on a request related to three CD's which were prepared by the FBI and which contain all the agency's records related to Peoples Temple and Jonestown. While I have certainly not reviewed every page of the 48,000 pages released to me – and for that reason continue to reserve my right to appeal deletions not covered by the law enforcement exemption discussed below and the privacy exemption discussed in my letter of May 30 – I believe that the decisions not to release numerous documents or portions thereof were incorrect or, as is more often the case here, have been mooted by the passage of time. I hereby appeal those decisions.

I hereby appeal the use of the (b) (7) exemption to withhold records compiled for law enforcement purposes. I base this appeal on the grounds that there are no ongoing law enforcement proceedings related to the documents on these CD's, nor have there been for years.

The only person who faced any criminal charges in the United States for the events related to the deaths on November 18, 1978 is Laurence John Layton, who exhausted all appeals long ago. The records which the FBI compiled during its RYMUR investigation no longer have any law enforcement value, because the RYMUR case closed years ago. Documents prepared for that investigation, therefore, can no longer be withheld under (b) (7).

Beyond the Layton case, all civil suits which emerged from the tragedy – and which the FBI may once have had an interest in – were also resolved years ago. In addition, the legal entity known as Peoples Temple declared bankruptcy over 20 years ago. Finally, the statute of limitations on any additional claims to the Temple's former assets has also elapsed.

In short, there are no law enforcement interests to protect, because there are no cases – criminal or otherwise – which can be pursued.

01 1872

Exhibit 5

FILED
AUG 3 0 2001

Ms. Claudia J. Tweed                              2                              July 2, 2000

Based upon several factors — including conversations with FOIA caseworkers, and the extensive use of the law enforcement and privacy exemptions — we believe that the records contained on these three CD's were last processed for review about ten years ago. The passage of time would seem to argue for a new look at these documents with an eye toward release.

Certainly the last review occurred before President Clinton issued his 1994 Executive Order to increase openness under the FOIA. I therefore ask that you consider the materials sought under this appeal with this Executive Order in mind.

Thank you for your consideration of this letter. I look forward to a prompt reply to my appeal.

Sincerely,


Fielding M. McGehee III