

**U.S. Department of Justice**

Office of Information and Privacy

Telephone:(202)514-3642                              Washington, D.C. 20530

**Mr. Fielding M. McGehee III**
3553 **Eugene Place**                       Re:   Appeal No. 00-3077
**San Diego, CA 92116**                           RLH:ADW:CHA

**Dear Mr. McGehee:**

You appealed from the action of the Federal Bureau of Investigation on your request for access to records pertaining to the FBI investigation related to the Peoples Temple in Jonestown, Guyana. I note that in your letters dated May 30, 2000, and July 3, 2000, you limit your appeal to excisions made from the 48,738 pages of documents to the privacy and law enforcement exemptions.

As a result of discussions between FBI personnel and members of my staff, a supplemental release of two pages is enclosed. In light of this fact and after careful consideration of your appeal, I have otherwise decided to affirm the initial action in this case. The Peoples Temple and Jonestown are the subject of one Headquarters main file entitled Assassination-Member of Congress. Certain information was properly withheld from pursuant to 5 U.S.C. § 552(b) (6), (7)(C), and (7)(D). These provisions pertain to material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties and to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties and to disclose the identities of confidential sources and information furnished by such sources. Names of FBI agents and employees were among the items excised on the basis of 5 U.S.C. § 552(b) (7)(C). This material is not appropriate for discretionary release.

Judicial review of my action on this appeal is available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia, which is also where the records you seek are located:

Sincerely,

Richard L. Huff
**Co-Director**

01 1872

**FILED**

AUG 3 0 2001

**Enclosure**

**Exhibit 6**

Case 1:01-cv-01872-TNM  Document 1-6  Filed 08/30/01  Page 2 of 3

2—Ukiah Daily Journal, Ukiah, Calif. Wednesday, May 28, 1975



SAFEGUARDING HEALTH — People's Temple nurses Hattie Newell, foreground, and Chris Rice, standing, prepare to examine Loretta Coomer as part of the church's new health program.

# Temple's medical staff begin physical exams

The Peoples Temple team of medical personnel, whose members are in various stages of training and who work in hospitals and care facilities in the community, are giving routine physical examinations at a new office in Redwood Valley.

The service is provided free of charge to the many hundreds of members in Peoples Temple, who are then referred to local doctors if health problems are discovered.

"We do not make any sort of diagnosis if we find that someone has health troubles," said Larry Schacht, a four-year medical student. "Our only concern is to determine if a

them which local doctor they prefer, and we encourage them to make an appointment and to tell the doctor to call us if he so desires."

The Temple medical staff is interested in finding particular health patterns so that the members can take steps through their personal doctors to head-off serious health afflictions by preventative therapy. Members are advised to see their doctor at least once a year and preferably semi-annually for seniors.

"Our pastor, Jim Jones, insists that all of our members get regular exams, with the church paying the cost for members who cannot afford it," said

highest regard for the outstanding medical community in this area, and we want all of our people to benefit from it."



# Charles Garry Visits Jonestown:

## 'I Have Been To Paradise'

...s Peoples Temple we—
...harles Garry, who re-
...Peoples Temple as
...ey. Garry has recently
...from a visit to the
...agricultural project
...na, Jonestown (so
...by the Guyanese
...ent). He had much in-
...to share.

...nday night I was on a
...," he began, "and
...e opportunity to tell
...seen and I had been
...se. I saw it. It's there
...ody to see, and I'm
...that in the next few
day or weeks we'll be able to have a documentary, which everyone will be able to see.

"I saw community where there is no such thing as racism. No one feels the color of his skin, whether he's Black, brown, yellow, red, or white. I also noticed that no one thinks in terms of sex. No one feels superior to anyone else. I don't know of any community in the world today that has been able to solve the problem of male supremacy completely. That does not exist in Jonestown.

"I also saw something else: There is no such thing as age-ism. Ths community is comprised of the little children, the teen-agers, the young adults, the old adults, the senior citizens, all together.

"I have never seen so many happy faces in my life as I did in Jonestown the three days I was there. I want that captured (on film) so that skeptical America will know what if is when you five without fear of the rent being due, and all the other problems we're surrounded by.

"There are some 800 persons or more there now. They've got cottages set up that you just could not believe. I saw sanitation there that I had never seen in any part of the world, except Switzerland. You can eat off the ground."
He went on to speak of the consistently high level of medical care, organized under a doctor who is "thorough, conscientious and dedicated." The medical team has the latest in medical equipment and books," and "every person who goes to Jonestown is medically thoroughly examined and charts are prepared."
He recalls that he urged Dr. Schacht to start keeping daily, hourly diaries, to put the operation of the medical compound in writing, so that some of our medical schools, and the American Medical Association, can learn from what is being done at Jonestown.
A high point of his talk related to the care of senior citizens, which he said moved him deeply. "All of the senior citizens' cottages are built around the immediate vicinity of the medical compound. Every single morning a member of the medical team knocks on the cottage of the senior citizen and inquires, 'Did anybody have any problem during the night? Do you have any problems here this morning?' Can you imagine the security that the senior citizens feel with this kind of care? I'd like to have a representative from a body here that's trying to improve the lot of senior citizens who are left to be beggars and paupers to see what is going on in Jonestown."
He spoke of the many agricultural projects, including an improvised method of developing feed from protein food grown in Jonestown. The area of Jonestown devoted to raising animals also drew praise. "Those pigpens, as we call them, looked like palaces. Many of the homes that I've seen in America could not measure up to the sanitation, the cleanliness, the spaciousness of the place we call a pigpen." The chickens raised and butchered at the project he called "luscious," and the food generally is "delicate, nourishing, and it's type of food that will make your blood pressure go down, your diabetes will disappear. It's substantially nourishing food—the kind that will take away the fat you accumulate by the type of food we eat here."

The project as a whole is described as quite developed: a thriving sawmill, generators to meet electrical needs, wells, streets, refrigeration. The school is open-air, in a large covered area, with 15 to 20 youngsters in a class.
Teachers are drawn, in part, from "at least 50 people there who have advanced degrees." He spoke of the enthusiastic participation and discussion on the part of all the students, which is something he had not seen here, with the exception of the Oakland Community School.

Does Jonestown lack for entertainment and fun? Not at all, Garry says, "There's this beautiful auditorium, and for three-and-a-half hours I saw the most beautiful entertainment in the world. I've never seen such talent in my life. I saw children from toddlers through about the age of seven pulling on a demonstration, with voice, and clapping and marching, and children six and seven years old getting up and reciting poetry with meaning and gusto. It was just remarkable.

"Why are those people so happy?" he mused again. "They are learning a new social order. They are learning an answer to a better life. When I returned to the States, I told my partners in the office that I had seen paradise. From what I saw there, I would say that the society that is being built in Jonestown is a credit to humanity."

And then, as if to reinforce the amazing description, he added, "This is not propaganda. I'm not a propagandist. I'm a hard-hitting, factual-analysis lawyer. I saw this with my own eyes. I felt it."

